## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| POLAROID CORPORATION, ) | |
| Debtors. ) | |
| WIND DOWN ASSOCIATES, LLC as Plan ) | |
| Administrator on Behalf of the Estates of ) | |
| Polaroid Corporation, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adv. No. 04-CV-687 (SLR) |
| ) | |
| ALAND CHIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41, Plaintiff, by and through its

undersigned counsel, hereby requests the dismissal of the above case without prejudice.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Joseph A. Malfitano (No. 4020)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
mminella@ycst.com

-and-

KELLEY DRYE & WARREN LLP
Jay N. Heinrich
101 Park Avenue
New York, New York 10178
(212) 803-7800
Attorneys for Plaintiff


SO ORDERED this____day of _____, 2006.


_____

United States District Judge

STATE OF DELAWARE          )
                           )    SS:
COUNTY OF NEW CASTLE       )

Brenda S. Walters, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Plaintiff in the foregoing action, and that on the 23rd day of May 2006 she caused a copy of the foregoing to be served on the following party in the manner indicated:

FIRST-CLASS MAIL

Aland Chin
c/o Joseph F. O'Connell, III
O'Connell& O'Connell
31 Milk Street
Boston, MA  02109

Brenda S. Walters

SWORN TO AND SUBSCRIBED before me on this 23rd day of May 2006.

Notary Public

THOMAS J. HARTZELL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires  Oct. 19, 2008